# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-00020-DSC

| | |
|---|---|
| **TANEISHA T GILLIAM,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| ) | |
| **Defendant.** ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Summary Judgment and Defendant's Motion for Remand to the Acting Commissioner. Plaintiff, through counsel, consents to Defendant's Motion for Remand to the Acting Commissioner.

For good cause shown, the Court hereby reverses the Acting Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Acting Commissioner for further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED**.

Signed: November 15, 2021

David S. Cayer
United States Magistrate Judge